

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00355-CV

## IN THE INTEREST OF J.D.H., A CHILD

**From the County Court at Law No. 2
Brazos County, Texas
Trial Court No. 11-003151-CV-CCL2**

## MEMORANDUM  OPINION

James E. Polk attempts to appeal from the trial court's order granting Wayland Hickman's motion for summary judgment challenging Polk's Petition in Intervention. A motion to dismiss his appeal has now been filed.

Polk's motion is granted.  The appeal is dismissed.  TEX. R. APP. P. 42.1(a)(1).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed November 29, 2012
[CV06]